IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CAITLYN L. LUCADO,

    Plaintiff,

v.                        CIVIL ACTION NO.: 3:18-cv-01254
                          Judge Robert C. Chambers

MARSHALL UNIVERSITY
BOARD OF GOVERNORS,

    Defendant.

## SECOND
## STIPULATION REGARDING SERVICE OF PROCESS

This day came the parties for purposes of informing the Court that the parties agree and stipulate that the Plaintiff shall be granted thirty (30) more days within which to serve process upon the Defendant pursuant to Fed. R. Civ. P. 4(m). Plaintiff's Complaint was filed August 27, 2018, and service of the Summons and Complaint in this action would have been required to be made upon the Defendant on or before November 26, 2018. Fed. R. Civ. P. 6(a)(1)(c).

The parties have previously stipulated that the Plaintiff had until December 26, 2018, within which to serve process, and that Stipulation Regarding Service of Process is of record. The parties now stipulate that the Plaintiff shall have an additional thirty (30) days from this December 26, 2018, date to serve process. The parties stipulate that Plaintiff shall have until Friday, January 25, 2019, to serve process upon the Defendant.

The parties agree that nothing in this Stipulation shall constitute a waiver of any affirmative defenses on behalf of the Defendant herein that may be applicable, all of

which are preserved.

| | |
|---|---|
| */s/ Bader C. Giggenbach* | */s/ Lou Ann Cyrus* |
| Bader C. Giggenbach, Esq. | Lou Ann Cyrus, Esq. |
| Brewer & Gigggenbach, PLLC | Shuman, McCusky & Slicer, PLLC |
| Counsel for Plaintiff | Counsel for Defendant |
| W. Va. State Bar No.:  6596 | W. Va. State Bar No.:  6558 |
| 265 High Street, 4th floor | 1411 Virginia Street, East, Ste. 200 |
| Morgantown, WV  26505 | Charleston, WV  25339 |
| (304) 291-5800 | (304) 345-1400 |
| (304) 291-5823 (telefacsimile) | (304) 343-182(telefacsimile) |
| bader@bglawhelp.com | lcyrus@shumanlaw.com |