IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CAITLYN L. LUCADO,

    Plaintiff,

v.                                                      CIVIL ACTION NO. 3:18-CV-01254

MARSHALL UNIVERSITY
BOARD OF GOVERNORS,

    Defendant.

## DISMISSAL ORDER

    **NOW COMES** the Plaintiff, Caitlyn L. Lucado, by counsel, Bader C. Giggenbach, and Brewer & Giggenbach, Attorneys at Law, PLLC, and hereby represents to the Court that all matters in controversy between and among these parties have been fully settled and compromised. Plaintiff moves the Court to dismiss, with prejudice, all claims asserted by the Plaintiff against the Defendant.

    It appearing to the Court proper to do so, it is **ORDERED** that the claims asserted by the Plaintiffs against the Defendant in the above-styled action are hereby **DISMISSED, with prejudice**, and the parties shall bear their own attorney's fees and costs of action.

    The Clerk is instructed to mail certified copies of this Order of Dismissal to all counsel.

ENTERED: This _____ day of _____, 2019.

                                                                         _____
                                                                         HON. ROBERT C. CHAMBERS
                                                                         UNITED STATES DISTRICT JUDGE

Prepared by:

_____
Bader C. Giggenbach (WVSB #6596)
Brewer & Giggenbach, Attorneys at Law, PLLC
265 High Street, 4th Floor
Morgantown, WV 26505
(304) 291-5800
  *Counsel for the Plaintiff*